Summons in a Civil Action (Rev 11/97)

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

FILED
08 APR 28 PM 2: 11
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CA
BY ___ DEPUTY

VIA FAX

WILLIAM CHEN, on behalf of himself and all others similarly situated,
    Plaintiffs

vs

AMPCO SYSTEM PARKING, a California corporation; ABM INDUSTRIES, INC., a Delaware corporation and DOES 1 through 100, Inclusive
    Defendants

**SUMMONS IN A CIVIL ACTION**
Case No. 08 CV 0422 BEN JMA

ON FIRST AMENDED COMPLAINT

TO: (Name and Address of Defendant)

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Rene L. Barge, Esq.
CLASS ACTION LITIGATION GROUP, APC
11111 Santa Monica Boulevard, Suite 1000
Los Angeles, CA 90025

An answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.
CLERK

APR 28 2008
DATE

By J. PARIS, Deputy Clerk

Summons in a Civil Action      Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)