| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE NO. | FOR COURT USE ONLY |
|---|---|---|
| Rene L. Barge Esq. SBN 182317<br>11111 Santa Monica Blvd Ste 1000<br>Los Angeles  CA  90025 | | |

ATTORNEY FOR (Name

Insert of Court Name of Judicial District and Branch Court if any
UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF CALIFORNIA

SHORT TITLE OF CASE
CHEN V. AMPCO SYSTEM

| 1378560 | (HEARING) Date | Time | Dept |
|---|---|---|---|

Case Number:
08CV0422BENJMA

REFERENCE NO.
CHEN V. AMPCO SYSTEM

## PROOF OF SERVICE OF SUMMONS

1. AT THE TIME OF SERVICE I WAS AT LEAST 18 YEARS OF AGE AND NOT A PARTY TO THIS ACTION

2. I SERVED COPIES OF THE:
   SUMMONS IN A CIVIL ACTION ON FIRST AMENDED COMPLAINT & FIRST AMENDED COMPLAINT
   CIVIL COVER SHEET

3. A. PARTY SERVED: AMPCO System Parking, A California Corporation

   Jeremy A. Roth, Agent for Service
   B. PERSON SERVED: LINDSEY DURINGER, CORPORATE SECRETARY, AUTHORIZED TO RECEIVE; CAUCASIAN FEMALE 25YRS 5'8" 125LBS. BLOND HAIR

4. C. ADDRESS: 501 Broadway Ste 900
   San Diego  CA  92101

5. I SERVED THE PARTY NAMED IN ITEM 3
   A. BY PERSONALLY DELIVERING THE DOCUMENTS LISTED IN ITEM 2 TO THE PARTY OR PERSON AUTHORIZED TO RECEIVE SERVICE OF PROCESS FOR THE PARTY.  ON  5/7/2008 AT 4:19:00 PM

6. THE "NOTICE TO PERSON SERVED" WAS COMPLETED AS FOLLOWS:
   D. ON BEHALF OF:
   AMPCO System Parking, A California Corporation

   Jeremy A. Roth, Agent for Service
   UNDER THE FOLLOWING CODE OF CIVIL PROCEDURE SECTION : CORPORATION CCP 416.10

d. The fee for service was $28.50

7a. Person Serving: Luis Castellanos
e. I am:
(1) not a registered California process server:
(3) X registered California process server:
(i) Independant Contractor
(i) Registration No: 1391
(i) County: SAN DIEGO

b. DDS Legal Support
2900 Bristol St
Costa Mesa, Ca 92626

c. (714) 662-5555

8. I declare under the penalty of perjury under the laws of the State of California that the foregoing is true and correct.

5/16/2008

X [signature]

SIGNATURE

Form Approved for Optional Use Judicial
Council of California
POS-010 [REV Jan 1 2007]

**PROOF OF SERVICE**

CRC 982(A)(23)