| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE NO. | FOR COURT USE ONLY |
|---|---|---|
| Rene L. Barge Esq. SBN 182317<br>11111 Santa Monica Blvd Ste 1000<br>Los Angeles    CA    90025 | | |

ATTORNEY FOR (Name

Insert of Court Name of Judicial District and Branch Court if any
UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF CALIFORNIA

SHORT TITLE OF CASE
CHEN V. AMPCO SYSTEM

| 1378556 | (HEARING) Date | Time | Dept |
|---|---|---|---|

Case Number: 08CV0422BENJMA
REFERENCE NO. CHEN V. AMPCO SYSTEM

## DECLARATION OF SERVICE

I, THE UNDERSIGNED, DECLARE UNDER PENALTY OF PERJURY THAT I WAS ON THE DATE HEREIN REFERRED TO OVER THE AGE OF 21 YEARS AND NOT A PARTY TO THE WITHIN ENTITLED ACTION, I SERVED THE:

SUMMONS IN A CIVIL ACTION ON FIRST AMENDED COMPLAINT & FIRST AMENDED COMPLAINT
CIVIL COVER SHEET

ON: ABM Industries, Inc., a Delaware Corporation

AT: 501 Broadway Ste 900
San Diego    CA    92101

IN THE ABOVE MENTIONED ACTION BY DELIVERING TO AND LEAVING WITH

LINDSEY DURINGER, CORPORATE SECRETARY, AUTHORIZED
TO ACCEPT; CAUCASIAN FEMALE 25YRS 5'8" 125LBS BLOND HAIR

ON    5/7/2008  AT    4:19:00 PM

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FOREGOING INFORMATION CONTAINED IN THE RETURN OF SERVICE AND STATEMENT OF SERVICE FEES IS TRUE AND CORRECT.

7a. Person Serving:    Luis    Castellanos

b. DDS Legal Support
2900 Bristol St
Costa Mesa, Ca 92626

c. (714) 662-5555

d. The fee for service was    $95.90
e. I am:
(1)    not a registered California process server:
(3) X    registered California process server:
(i)
(i) Registration No:    1391
(i) County:    SAN DIEGO

8. I declare under the penalty of perjury under the laws of the United States of America  X
that the foregoing is true and correct.
_____
SIGNATURE

5/19/2008

**PROOF OF SERVICE**