*William Chen v. Ampco System Parking, et al.*
USDC Case No. 08cv0422 BEN JMA

## PROOF OF SERVICE BY MAIL

I am employed in San Diego County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 501 W. Broadway, Suite 900, San Diego, California 92101.3577. On May 27, 2008, I caused the following documents:

DEFENDANTS ABM INDUSTRIES INCORPORATED AND AMPCO SYSTEM PARKING'S ANSWER TO PLAINTIFFS' FIRST AMENDED COMPLAINT

To be filed electronically with the Clerk of the Court through Electronic Case Filing (ECF) and that ECF will send an e-notice of the electronic filing to the following:

| | |
|---|---|
| Rene L. Barge, Esq.<br>Class Action Litigation Group, APC<br>11111 Santa Monica Blvd., Suite 1000<br>Los Angeles, CA 90025<br>(310) 481-9851<br>rbarge@class-action-attorneys.com | Attorneys for Plaintiffs, William Chen, et al. |
| Bruce Kokozian, Esq.<br>Kokozian & Nourmand, LLP<br>5900 Wilshire Blvd., Suite 1730<br>Los Angeles, CA 90036<br>(323) 935-6677<br>bkokozian@knlawyers.com | Attorneys for Plaintiffs, William Chen, et al. |

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on May 27, 2008, at San Diego, California.

*Claudia Reta* (signature)

Claudia Reta

08cv0422 BEN (JMA)
Firmwide:85350417.1 052796.1038

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
501 W Broadway
Suite 900
San Diego, CA 92101.3577
619.232.0441