Bruce Zareh Kokozian, Esq. (SBN 195723)
KOKOZIAN & NOURMAND LLP
5900 Wilshire Boulevard, Suite 1730
Los Angeles, California 90036
Telephone (323) 935-6677
bkokozian@knlawyers.com

Rene L. Barge, Esq. (SBN 182317)
**CLASS ACTION LITIGATION GROUP, APC**
11111 Santa Monica Boulevard, Suite 1000
Los Angeles, California 90025
Telephone (310) 481-9851
rbarge@class-action-attorneys.com

## UNITED STATES DISTRICT COURT

## SOUTHERN  DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM CHEN, on behalf of himself and all others similarly situated,<br><br>        Plaintiffs,<br><br>        v.<br><br>AMPCO SYSTEM PARKING, a California corporation; ABM INDUSTRIES, INC., a Delaware Corporation and DOES 1 through 100, Inclusive<br><br>        Defendants.<br><br>_____ | CASE NO.:3:08-cv-00422-BEN-JMA<br><br>CLASS ACTION<br><br>**NOTICE OF APPEARANCE OF ATTORNEY BRUCE KOKOZIAN** |

TO THE HONORABLE COURT, ALL PARTIES HEREIN, AND TO THEIR

COUNSEL OF RECORD:

        PLEASE TAKE NOTICE THAT Bruce Kokozian, Esq. of Kokozian and

Nourmand LLP, hereby enter an appearance on behalf of Plaintiff, William Chen

and request that copies of all papers in this action be served upon the undersigned.

///

///

The contact information for Mr. Kokozian is as follows:

Bruce Zareh Kokozian, Esq.
KOKOZIAN & NOURMAND LLP
5900 Wilshire Boulevard, Suite 1730
Los Angeles, California 90036
Telephone: (323) 935-6677
Facsimile: (323) 935-4919
bkokozian@knlawyers.com
bkokozian@hotmail.com

Please note that contact information for co-counsel Rene L. Barge at Class

Action Litigation Group, APC remains unchanged.


DATED: June 2, 2008


By:  _____
      Bruce Kokozian, Esq.
      Attorneys for Plaintiff William Chen,
      individually and on behalf of all employees
      similarly situated.

NOTICE OF APPEARANCE OF ATTORNEY