1   JEREMY A. ROTH, Bar No. 129007
    LARA K. STRAUSS, Bar No. 222866
2   LITTLER MENDELSON
    A Professional Corporation
3   501 W. Broadway, Suite 900
    San Diego, CA  92101.3577
4   Telephone:     619.232.0441

5   Attorneys for Defendants ABM INDUSTRIES
    INCORPORATED AND AMPCO SYSTEM
6   PARKING

7

8                   UNITED STATES DISTRICT COURT

9                 SOUTHERN DISTRICT OF CALIFORNIA

10  WILLIAM CHEN, on behalf of himself          Case No.  08cv0422 BEN (JMA)
    and all others similarly situated,
11
                                                **CLASS ACTION**
          Plaintiffs,
12
                                                **DEFENDANTS ABM INDUSTRIES
          v.                                    INCORPORATED'S AND AMPCO
13                                              SYSTEM PARKING'S NOTICE OF
                                                PARTIES WITH FINANCIAL INTEREST**
    AMPCO SYSTEM PARKING, a
14  California corporation, ABM
    INDUSTRIES, INC., a Delaware               [Southern District Local Rule 40.2]
15  corporation and DOES 1 through 100,
    Inclusive,
16
          Defendants.
17

18  / / /

19  / / /

20  / / /

21  / / /

22  / / /

23  / / /

24  / / /

25  / / /

26  / / /

27  / / /

28

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
501 W. Broadway
Suite 900
San Diego, CA  92101.3577
619.232.0441

08cv0422 BEN (JMA)                    1.        DEFENDANTS' NOTICE OF PARTIES WITH
Firmwide:85549582.1 052796.1038                              FINANCIAL INTEREST

1    TO PLAINTIFF AND HIS ATTORNEYS OF RECORD AND THE COURT:

2    PLEASE TAKE NOTICE that Defendants ABM INDUSTRIES INCORPORATED and

3    AMPCO SYSTEM PARKING hereby submit the following statement regarding financial interest

4    pursuant to United States District Court, Southern District of California Local Civil Rule 40.2:

5    <u>NOTICE OF PARTIES WITH FINANCIAL INTEREST</u>

6    The following listed entities are the corporate parent of Defendant Ampco System Parking

7    and/or publicly held companies that own ten (10) percent or more of its stock: ABM Industries

8    Incorporated.

9    The following listed entities are the corporate parent of Defendant ABM Industries

10   Incorporated and/or publicly held companies that own ten (10) percent or more of its stock: None.

11

12

13

14   Dated: June 13, 2008                      */s/ Lara K. Strauss*
                                              JEREMY A. ROTH
15                                            LARA K. STRAUSS
                                              LITTLER MENDELSON
16                                            A Professional Corporation
                                              Attorneys for Defendants ABM INDUSTRIES
17                                            INCORPORATED AND AMPCO SYSTEM
                                              PARKING
18

19

20

21

22

23

24

25

26

27

28

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
501 W. Broadway
Suite 900
San Diego, CA  92101.3577
619.232.0441

08cv0422 BEN (JMA)                    2.         DEFENDANTS' NOTICE OF PARTIES WITH
Firmwide:85549582.1 052796.1038                            FINANCIAL INTEREST