*William Chen v. Ampco System Parking, et* al.
USDC Case No. 08cv0422 BEN JMA

## PROOF OF SERVICE BY MAIL

I am employed in San Diego County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 501 W. Broadway, Suite 900, San Diego, California 92101.3577. On June 13, 2008, I caused the following documents:

**DEFENDANTS ABM INDUSTRIES INCORPORATED AND AMPCO SYSTEM PARKING'S NOTICE OF PARTIES WITH FINANCIAL INTEREST**

To be filed electronically with the Clerk of the Court through Electronic Case Filing (ECF) and that ECF will send an e-notice of the electronic filing to the following:

| | |
|---|---|
| Rene L. Barge, Esq.<br>Class Action Litigation Group, APC<br>11111 Santa Monica Blvd., Suite 1000<br>Los Angeles, CA  90025<br>(310) 481-9851<br>rbarge@class-action-attorneys.com | Attorneys for Plaintiffs, William Chen, et al. |
| Bruce Kokozian, Esq.<br>Kokozian & Nourmand, LLP<br>5900 Wilshire Blvd., Suite 1730<br>Los Angeles, CA  90036<br>(323) 935-6677<br>bkokozian@knlawyers.com | Attorneys for Plaintiffs, William Chen, et al. |

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on June 13, 2008, at San Diego, California.

*Claudia Reta*
_____
Claudia Reta

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
501 W. Broadway
Suite 900
San Diego, CA  92101.3577
619.232.0441

08cv0422 BEN (JMA)
Firmwide:85350417.1 052796.1038

PROOF OF SERVICE