1  René L. Barge, State Bar No. 182317
   rbarge@class-action-attorneys.com
2  Katherine J. Odenbreit, State Bar No. 184619
   kodenbreit@class-action-attorneys.com
3  **CLASS ACTION LITIGATION GROUP, APC**
   11111 Santa Monica Blvd., Suite 1000
4  Los Angeles, California 90025
   Tel:   (310) 481-9851
5  Fax:   (310) 481-9854

6  Bruce Zareh Kokozian, State Bar No. 195723
   **KOKOZIAN & NOURMAND LLP**
7  5900 Wilshire Blvd., Suite 1730
   Los Angeles, CA 90036
8  Tel: (323) 935-6677
   bkokozian@knlawyers.com
9
   Attorneys for Plaintiffs
10

11              UNITED STATES DISTRICT COURT

12              SOUTHERN DISTRICT OF CALIFORNIA

13

14  WILLIAM CHEN, an individual, on         ) CASE NO.:   08CV 00422 BEN (JMA)
    Behalf of Himself and on Behalf of All  )
15  Persons Similarly Situated,             )
                                            ) CLASS ACTION
16            Plaintiffs                    )
                                            ) NOTICE OF APPEARANCE OF
17       vs.                                ) ATTORNEY KATHERINE J.
                                            ) ODENBREIT
18  AMPCO SYSTEM PARKING, a                 )
    California corporation; ABM             )
19  INDUSTRIES, INC., a Delaware            )
    corporation, and DOES 1 through 100,    )
20  inclusive,                              )
                                            )
21            Defendants.                   )

22

23       TO THE HONORABLE COURT, ALL PARTIES HEREIN, AND TO THEIR

24  COUNSEL OF RECORD:

25
        PLEASE TAKE NOTICE THAT Katherine J. Odenbreit, Esq. of Class Action
26
    Litigation Group, APC, hereby enters an appearance on behalf of Plaintiff, William Chen
27
28  and request that copies of all papers in this action be served upon the undersigned.

                                         - 1 -
                                   Notice Of Appearance

1 | The contact information for Ms. Odenbreit is as follows:

2 | Katherine J. Odenbreit
3 | CLASS ACTION LITIGATION GROUP, APC
  | 11111 Santa Monica Blvd., Suite 1000
4 | Los Angeles, CA 90025
5 | Tel: (310) 481-9851
  | Fax: (310) 481-9854
6 | kodenbreit@class-action-attorneys.com

7 |
8 | Please note that contact information for current Plaintiffs' counsel René L. Barge
9 | and Bruce Kokozian remains unchanged.

10 | DATED:    June 24, 2008

13 | BY: *[signature: Katherine Odenbreit]*
14 | Katherine J. Odenbreit
   | Class Action Litigation Group, APC
15 | 11111 Santa Monica Blvd., Suite 1000
   | Los Angeles, CA 90025

- 2 -

Notice Of Appearance