UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM CHEN, on behalf of himself and all other similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> AMPCO SYSTEM PARKING, etc., et al., <br><br> Defendants. | Case No. 08-CV-0422-BEN (JMA) <br><br> **ORDER SCHEDULING (1) CONDITIONAL CLASS CERTIFICATION MOTION FILING CUTOFF DATE AND (2) TELEPHONIC CASE MANAGEMENT CONFERENCE** |

Pursuant to Rule 16 of the Federal Rules of Civil Procedure, a telephonic Case Management Conference was held on August 13, 2008 at 9:00 a.m. After consulting with the attorneys of record for the parties and being advised of the status of the case, and good cause appearing, **IT IS HEREBY ORDERED**:

1. Plaintiffs' motion for conditional class certification must be <u>filed</u> on or before **February 13, 2009**. The motion for conditional class certification will not be heard or calendared unless counsel for Plaintiffs have obtained a motion hearing date from the law clerk of the Honorable Roger T. Benitez.

Additionally, as discussed, any request for an extended briefing schedule on the motion for conditional class certification shall be presented to Judge Benitez for approval.

2. A telephonic Case Management Conference will be held before Magistrate Judge Adler on **December 9, 2008** at **9:30 a.m.** Counsel for each party shall participate in the conference. The Court will initiate the conference call.

3. The Court will defer the issuance of the remainder of the pretrial schedule until a ruling has been issued on the motion for conditional class certification. Once the ruling has been issued, the Court will hold another Case Management Conference, at which time the remainder of the pretrial schedule will be issued.

**IT IS SO ORDERED**.

DATED: August 13, 2008

Jan M. Adler
U.S. Magistrate Judge