1  JEREMY A. ROTH, Bar No. 129007
   LARA K. STRAUSS, Bar No. 222866
2  LITTLER MENDELSON
   A Professional Corporation
3  501 W. Broadway, Suite 900
   San Diego, CA 92101.3577
4  Telephone:    619.232.0441

5  Attorneys for Defendants ABM INDUSTRIES
   INCORPORATED AND AMPCO SYSTEM
6  PARKING

7

8              UNITED STATES DISTRICT COURT

9              SOUTHERN DISTRICT OF CALIFORNIA

10  WILLIAM CHEN, on behalf of himself    Case No.  08cv0422 BEN (JMA)
    and all others similarly situated,
11
                Plaintiffs,               **CLASS/COLLECTIVE ACTION**
12
        v.                                **DEFENDANTS ABM INDUSTRIES
13                                        INCORPORATED'S AND AMPCO
    AMPCO SYSTEM PARKING, a               SYSTEM PARKING'S NOTICE OF
14  California corporation, ABM           RELATED CASES**
    INDUSTRIES, INC., a Delaware
15  corporation and DOES 1 through 100,   [Southern District Local Rule 40.1(e)]
    Inclusive,
16
                Defendants.
17

18      TO PLAINTIFF AND HIS ATTORNEYS OF RECORD AND THE COURT:

19      PLEASE TAKE NOTICE that Defendants ABM INDUSTRIES INCORPORATED and

20  AMPCO SYSTEM PARKING hereby submit the following Notice of Related Cases pursuant to

21  United States District Court, Southern District of California Local Civil Rule 40.1(e):

22              NOTICE OF RELATED CASES

23      Based on Plaintiff's counsel's recent representations that the off-the-clock claims at issue

24  in this litigation involve time allegedly worked off-the-clock during meal periods provided pursuant

25  to California law, the following pending cases appear to related to the above-captioned civil

26  action that is currently pending before this Court:

27      1.  *Joaquin Diaz, et al., on behalf of themselves and others similarly situated, v. Ampco*

28  *System Parking, et al.,* Los Angeles Superior Court Case No. BC362932; *Freddy Reyes, et al. v.*

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
501 W. Broadway
Suite 900
San Diego, CA 92101 3577
619 232 0441

08cv0422 BEN (JMA)                    1.      DEFENDANTS' NOTICE OF RELATED CASES

1   *Ampco System Parking*, Los Angeles Superior Court Case No. BC381523; and *Jose Morales, et al.*

2   *v. Ampco System Parking*, Los Angeles Superior Court Case No. BC380923, all related, consolidated

3   and pending before the Honorable Carolyn B. Kuhl in Department 323 of the Los Angeles County

4   Superior Court (referred to collectively as the "*Diaz* Actions").

5         The *Diaz* Actions involve putative class action(s).  The named plaintiffs in the *Diaz*

6   Actions allege various state wage and hour-related causes of action against Ampco System Parking

7   under California state law, including claims for failure to provide meal and rest periods, failure to

8   pay wages and overtime, failure to pay minimum wage, unfair competition, nonpayment of wages,

9   waiting time penalties, failure to keep and furnish accurate itemized wage statements, unfair

10  business practices and recovery of civil penalties under the California Private Attorney General Act.

11  The *Diaz* Actions seek certification of a putative class(es) consisting of all persons employed by

12  Ampco System Parking as non-exempt parking lot attendants at locations within the State of

13  California.  Although the *Diaz* Actions involve violations of California state law and this action

14  involves a single claim for failure to pay wages under the Fair Labor Standards Act for off-the-clock

15  work, the *Diaz* Actions are related to this action based on the overlapping claims for failure to pay

16  wages and Plaintiff's counsel's representations that Plaintiff's off-the-clock claims include time

17  worked during meal periods under California law, which necessarily involves overlapping facts.

18  The *Diaz* Actions also involve parking lot attendants in California while this action involves parking

19  lot attendants and cashiers on a nationwide basis, including those located in California.  Putative

20  class members in the *Diaz* Actions and this action therefore also overlap.

21        Accordingly, the *Diaz* Actions and this action are related for purposes of Local Rule

22  40.1(f) in that they:  (1) involve some of the same parties and are based on the same or similar

23  claims; and (2) involve some of the same facts and the same questions of law.

24        2.  *Caleb Tan, individually and on behalf of all others similarly situated v. Ampco*

25  *System Parking*, San Francisco Superior Court Case No. CGC-08-477592.

26        The named plaintiffs in *Tan* allege various state wage and hour-related causes of action

27  against Ampco System Parking under California state law, including claims for failure to provide

28  meal and rest periods, failure to pay wages and overtime, failure to provide accurate itemized wage

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
501 W  Broadway
Suite 900
San Diego  CA  92101 3577
619 232 0441

08cv0422 BEN (JMA)                    2.        DEFENDANTS' NOTICE OF RELATED CASES

statements, waiting time penalties and unfair business practices. The *Tan* action seeks to certify a putative class consisting of "all persons who are/were employed by AMPCO SYSTEM PARKING, as non-exempt parking lot attendants at locations within the State of California where only one attendant was or is on duty per shift at any time between July 16, 2004 and the present." Although *Tan* involves violations of California state law and this action involves a single claim for failure to pay wages under the Fair Labor Standards Act for off-the-clock work, the *Tan* action is related to this action based on the overlapping claims for failure to pay wages and Plaintiff's counsel's representations that Plaintiff's off-the-clock claims include time worked during meal periods under California law, which necessarily involves overlapping facts. The *Tan* action also involves parking lot attendants in California while this action involves parking lot attendants and cashiers on a nationwide basis, including those located in California. Putative class members in the two actions therefore overlap.

Accordingly, the two cases are related for purposes of Local Rule 40.1(f) in that they: (1) involve some of the same parties and are based on the same or similar claims; and (2) involve some of the same facts and the same questions of law.

Dated: August 15, 2008

*/s/ Lara K. Strauss*
JEREMY A. ROTH
LARA K. STRAUSS
LITTLER MENDELSON
A Professional Corporation
Attorneys for Defendants ABM INDUSTRIES
INCORPORATED AND AMPCO SYSTEM
PARKING

Firmwide:86203503.1 052796.1038

LITTLER MENDELSON
A Professional Corporation
501 W Broadway
Suite 900
San Diego, CA 92101 3577
619 232 0441

08cv0422 BEN (JMA)          3.          DEFENDANTS' NOTICE OF RELATED CASES

*William Chen v. Ampco System Parking, et al.*
USDC Case No. 08cv0422 BEN (JMA)

## PROOF OF ELECTRONIC SERVICE

I am employed in San Diego County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 501 W. Broadway, Suite 900, San Diego, California 92101-3577. On August 15, 2008, I caused the following documents:

### DEFENDANTS ABM INDUSTRIES INCORPORATED'S AND AMPCO SYSTEM PARKING'S NOTICE OF RELATED CASES

to be filed electronically with the Clerk of the Court through Electronic Case Filing (ECF) and that ECF will send an e-notice of the electronic filing to the following:

| | |
|---|---|
| Rene L. Barge, Esq.<br>Katherine J. Odenbreit, Esq.<br>Class Action Litigation Group, APC<br>11111 Santa Monica Blvd., Suite 1000<br>Los Angeles, CA 90025<br>(310) 481-9851<br>rbarge@class-action-attorneys.com<br>kodenbreit@class-action-attorneys.com | Attorneys for Plaintiffs, William Chen, et al. |
| Bruce Kokozian, Esq.<br>Kokozian & Nourmand, LLP<br>5900 Wilshire Blvd., Suite 1730<br>Los Angeles, CA 90036<br>(323) 935-6677<br>bkokozian@knlawyers.com | Attorneys for Plaintiffs, William Chen, et al. |

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on August 15, 2008, at San Diego, California.

_____
Karen Z. O'Connor

Firmwide:86237150.1 052796.1038

LITTLER MENDELSON
A Professional Corporation
501 W Broadway
Suite 900
San Diego, CA 92101 3577
619 232 0441

08cv0422 BEN (JMA)                                                          PROOF OF SERVICE