Rene L. Barge, State Bar No. 182317
rbarge@class-action-attorneys.com
Katherin J. Odenbreit, State Bar No. 184619
kodenbreit@class-action-attorneys.com
**CLASS ACTION LITIGATION GROUP, APC**
4911 Warner Avenue, Suite 201
Huntington Beach, CA 92649
Tel:  (714) 881-4922
Fax: (714) 908-0306

Bruce Kokozian, State Bar No. 195723
**KOKOZIAN & NOURMAND LLP**
5900 Wilshire Boulevard, Suite 1730
Los Angeles, California 90036
Tel:  (323) 935-6677
bkokozian@knlawyers.com

Attorneys for Plaintiff WILLIAM CHEN

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM CHEN, on behalf of himself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>AMPCO SYSTEM PARKING, a California corporation, ABM INDUSTRIES, INC., a Delaware corporation and DOES 1 through 100, Inclusive,<br><br>Defendants. | Case No.  08cv0422 BEN (JMA)<br><br>**NOTICE OF SETTLEMENT AND NON-FILING OF MOTION FOR CONDITIONAL CLASS CERTIFICATION** |

TO THE COURT AND ALL PARTIES INVOLVED IN THIS CASE:

By and through their respective counsel of record, Plaintiff William Chen and Defendants ABM Industries Incorporated and Ampco System Parking ("Defendants") have reached a settlement of the action that will result in dismissal of the action with prejudice.  They parties need additional time to prepare the settlement agreement and seek appropriate judicial approval of the settlement. However, as a result of the agreement, Plaintiff will not be filing his motion for conditional class certification as scheduled on September 18, 2009

NOTICE OF SETTLEMENT                                        1.                                        08CV00422 BEN (JMA)

IT IS SO ACKNOWLEDGED.

DATED: September 18, 2009           */s/ Katherine Odenbreit*
                                    KATHERINE J. ODENBREIT
                                    CLASS ACTION LITIGATION GROUP
                                    Attorneys for Plaintiff
                                    WILLIAM CHEN

DATED: September 18, 2009           */s/ Bruce Kokozian*
                                    BRUCE KOKOZIAN
                                    KOKOZIAN & NOURMAND LLP
                                    Attorneys for Plaintiff
                                    WILLIAM CHEN

DATED: September 18, 2009           */s/ Lara K. Strauss*
                                    LARA K. STRAUSS
                                    LITTLER MENDELSON, P.C.
                                    Attorneys for Defendants
                                    ABM INDUSTRIES INCORPORATED AND
                                    AMPCO SYSTEM PARKING