FILED

2010 JAN -8 AM 9:54

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY_____ DEPUTY

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM CHEN, on behalf of himself and all others similarly situated,,<br><br>                      Plaintiff,<br><br>  vs.<br><br>AMPCO SYSTEM PARKING, a California corporation, ABM INDUSTRIES, INC., a Delaware corporation and DOES 1 through 100, inclusive,<br><br>                    Defendants. | CASE NO. 08-cv-0422 BEN (JMA)<br><br>ORDER GRANTING JOINT MOTION FOR DISMISSAL WITH PREJUDICE |

Having considered the joint motion between Plaintiff William Chen, Kachana Rubin, Evangelina De Cabrera Alvarenga, on one hand, and Defendants Ampco System Parking and ABM Industries Incorporated, Inc., on the other hand, seeking approval of the Confidential Settlement Agreement and General Release of Claims and seeking dismissal of this action with prejudice based thereon ("Motion"), and good cause appearing therefor, the Court hereby **GRANTS** the Motion. The Court approves the agreement and hereby **DISMISSES THIS ACTION WITH PREJUDICE.**

**IT IS SO ORDERED**.

Dated: January 07, 2010

_____
Hon. Roger T. Benitez
United States District Court

- 1 -

08cv0422